ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – – – – – X

UNITED STATES OF AMERICA

- against –

CHIAKA OGUADINMA,

Defendant.

– – – – – – – – – – – – – – – – – – – – – X

ORDER OF JUDICIAL REMOVAL

Criminal Docket No. 26-CR-74 (JLR)

Upon the application of the United States of America, by M. Christine Slavik, Assistant United States Attorney, Southern District of New York; upon the Factual Allegations in Support of Judicial Removal; upon the consent of CHIAKA OGUADINMA (the "defendant"); and upon all prior proceedings and submissions in this matter; and full consideration having been given to the matter set forth herein, the Court finds:

1. The defendant is not a citizen or national of the United States.

2. The defendant is a native and citizen of Nigeria.

3. The defendant last entered the United States at or near the Newark Liberty International Airport on or about June 28, 2019, as a lawful permanent resident of the United States.

4. On or about June 14, 2022, the defendant was convicted in the United States District Court for the Southern District of New York of conspiracy to commit wire and bank fraud, in violation of 18 U.S.C. § 1349, in Case No. 21 Cr. 314 (GHW) titled United States v. Oguadinma.

5. On or about September 14, 2022, the defendant was sentenced to one year and one day imprisonment, following his conviction for conspiracy to commit wire and

bank fraud, in violation of 18 U.S.C. § 1349, in the United States District Court for the Southern District of New York.

6. The defendant failed to surrender for service of sentence based on his conviction for conspiracy to commit wire and bank fraud, in violation of 18 U.S.C. § 1349, in the United States District Court for the Southern District of New York.

7. At the time of sentencing in the instant criminal proceeding, the defendant will be convicted in the United States District Court, Southern District of New York, of the following offense: Failure to Surrender for Service of Sentence as Ordered by the Court, in violation of 18 U.S.C. §§ 3146(a)(2), 3146(b)(1)(A)(i).

8. A total maximum sentence of 10 years' imprisonment may be imposed for the above-mentioned offense(s).

9. The defendant is subject to removal from the United States pursuant to Section 237(a)(2)(A)(iii) of the Immigration and Nationality Act of 1952, as amended, (the "Act" or "INA") 8 U.S.C. § 1227(a)(2)(A)(iii), as an alien who is convicted of an aggravated felony, as defined under sections 101(a)(43)(Q) and (U) of the Act, at any time after admission.

10. The defendant has waived his right to notice and a hearing under Section 238(c) of the Immigration and Nationality Act of 1952, as amended, (the "Act" or "INA"), 8 U.S.C. § 1228(c).

11. The defendant has waived the opportunity to pursue any and all forms of relief and protection from removal.

12. The defendant has designated Nigeria as the country for removal pursuant to Section 240(d) of the Act, 8 U.S.C. § 1229a(d).

WHEREFORE, IT IS HEREBY ORDERED, pursuant to Section 238(c) of the Act, 8 U.S.C. § 1228(c), that the defendant shall be removed from the United States promptly upon his release from confinement, or, if the defendant is not sentenced to a term of imprisonment, promptly upon his sentencing, and that the defendant be ordered removed to Nigeria.

Dated: New York, New York
August 19, 2026

Jennifer Rochon

HONORABLE JENNIFER L. ROCHON
UNITED STATES DISTRICT JUDGE